UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP CO., LLC,<br>d/b/a THE WASHINGTON POST,<br><br>   *Plaintiff*,<br><br> v.<br><br>NATIONAL HIGHWAY TRAFFIC<br>SAFETY ADMINISTRATION,<br><br>   *Defendant*. | Civil Action No. 24-1353 (TSC) |

**JOINT STATUS REPORT**

  Pursuant to the Court's Minute Order entered on July 16, 2024, the parties, by and through respective undersigned counsel, hereby provide the Court with the following Status Report.

  1. This matter arises out of a FOIA request Plaintiff submitted to Defendant on May 30, 2023 for reports of certain crashes involving motor vehicles equipped with advanced driver assistance systems made under an agency order.  *See* Compl. (ECF No. 1).

  2. As previously reported, Defendant had completed its searches for potentially responsive records and had started processing those records prior to commencement of this litigation.  In addition to the approximately 300 pages of records Defendant produced prior to the commencement of this litigation, Defendant reports that it has already produced approximately 1,600 pages to Plaintiff.  Defendant intends to continue processing records and expects to make rolling productions every month as needed to complete processing.

  3. Plaintiff has begun to review the records, and the parties have agreed to work together in good faith to address any issues that arise, including any additional searches or

productions that may be necessary. Plaintiff has also informed Defendant that it expects to challenge Defendant's withholding of certain responsive information under Exemptions 4 and 6.

4. To provide the parties time to review additional productions and negotiate any issues in the hopes of limiting or eliminating any remaining disputes, and to conserve resources for the parties and this Court, the parties respectfully propose that the Court direct them to file another status report on or before September 18, 2024, and to include, if appropriate, a proposed briefing schedule.

Dated: August 14, 2024
      Washington, DC

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Attorneys for Plaintiff WP Company LLC
d/b/a The Washington Post*

MATTHEW M. GRAVES,
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ *Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States*