# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WP CO., LLC,<br>d/b/a THE WASHINGTON POST,<br><div align="center">*Plaintiff*,</div><br><div align="center">v.</div><br>NATIONAL HIGHWAY TRAFFIC<br>SAFETY ADMINISTRATION<br><div align="center">*Defendant*,</div><br><br><div align="center">*and*</div><br><br>TESLA, INC.,<br><div align="right">*Intervenor-*<br>*Defendant.*</div> | Civil Action No. 24-1353 (TSC) |

**DECLARATION OF EDDIE GATES IN SUPPORT OF TESLA'S MOTION FOR SUMMARY JUDGMENT**

I, Eddie Gates, declare as follows:

1.  I am Director for Field Reliability Engineering at Tesla, Inc. (Tesla).  I have worked at Tesla for almost eleven years.

2.  Tesla is a corporation organized under the laws of the State of Texas with its principal place of business in Austin, Texas.  (Ex. 2, TSLA 2024 10K at 1.)

3.  I submit this declaration in support of Tesla's Motion for Summary Judgment in the above-captioned case.  I make this declaration based on my personal knowledge and upon review of Tesla's records maintained in the ordinary course of business, which I have access to based on my job responsibilities.

4.  Based on my job responsibilities, I am familiar with the information and data submitted by Tesla to the National Highway Traffic Safety Administration (NHTSA) under that agency's Standard General Order 2021-01, as amended.  (SGO).

<div align="center">1</div>

5.   More specifically, my job responsibilities include compilation of available information as sourced from vehicle telemetry, service records, police accident reports, and media outlets in the course of identifying incidents in which Tesla must comply with reporting requirements as set forth in the SGO.  Review and analysis of that information is then completed as received.  The required reports are drafted and reviewed in a working forum with subject matter experts.  Once reviews are completed and content is approved for completeness and accuracy, the reports are submitted under my name.

6.   The SGO requires Tesla to report vehicle crashes that occur while a Level 2 Advanced Driver Assistance System (ADAS) was engaged at the time of crash or shortly before.  The SGO also requires manufacturers to report crashes involving Automated Driving Systems (ADS), but Tesla currently does not offer ADS in any of its production vehicles.  Tesla is required to report, for instance, the make, model, and year of the vehicle; the location of the crash; and other details such as whether airbags deployed, whether injuries resulted, and whether property was damaged.

7.   Tesla currently offers two ADAS systems to customers: Autopilot and Full-Self Driving (Supervised).  Full-Self Driving (Supervised) is also referred to as Autosteer on City Streets. Tesla formerly offered a third ADAS system called Enhanced Autopilot, but it was discontinued in 2024 and the underlying features were added to Full-Self Driving (Supervised).

8.   Autopilot is a suite of ADAS technology that comes standard with the purchase of a new vehicle.  Autopilot includes the features Traffic-Aware Cruise Control and Autosteer. (https://www.tesla.com/support/autopilot.)  When enabled, Traffic-Aware Cruise Control matches the speed of your vehicle to that of the surrounding traffic.  Autosteer assists in steering within a clearly marked lane and uses traffic-aware cruise control.  (*Id*.)

9.   Full Self-Driving (Supervised) is a suite of ADAS technology that is available to customers for an additional cost (currently $8,000 or a monthly subscription of $100). (https://www.tesla.com.)

10. Full Self-Driving (Supervised) enables the vehicle to actually drive itself under the active and attentive supervision of a driver.  (https://www.tesla.com/support/autopilot.)  The available features include (*see id*.):

    a.  Navigate on Autopilot, which actively guides the vehicle from a highway's on-ramp to off-ramp, including suggesting lane changes, navigating interchanges, automatically engaging the turn signal and taking the correct exit;

    b.  Auto Lane Change, which assists in moving to an adjacent lane on the highway when Autosteer is engaged;

    c.  Autopark, which helps automatically parallel or perpendicular park the vehicle;

    d.  Dumb Summon, which moves the vehicle in and out of a tight space using the mobile app or key;

    e.  Actually Smart Summon, which navigates more complex environments and parking spaces, maneuvering around objects as necessary to come find the driver in a parking lot; and

    f.  Traffic and Stop Sign Control, which identifies stop signs and traffic lights and automatically slows the vehicle to a stop on approach.

11. To the best of my knowledge, Tesla's ADAS systems include some features that are not offered by other vehicle manufacturers.  Tesla believes its capabilities related to Full Self-Driving (Supervised) are more advanced than its competitors' capabilities.  For instance, Tesla vehicles with Full Self-Driving (Supervised) can drive anywhere in the United States, including

on city streets in urban areas, and no other manufacturers offer comparable technology for production-level vehicles.  Tesla vehicles with Full Self-Driving (Supervised) are capable of navigating stop signs, traffic lights, roundabouts, and all manner of city traffic, unlike other manufacturers' production-level vehicles.  Tesla regards these as unique ADAS features that distinguish Tesla from its competitors and it closely guards information about these proprietary technologies.

12. To the best of my knowledge, Tesla vehicles with Autopilot have collectively driven over 6 billion miles with driver assistance features.  (Ex. 4, TSLA Q4 at 10.)  As of January 2025, Tesla vehicles have driven over three billion miles cumulatively on Full Self-Driving (Supervised).  (*Id.* at 3, 10).  Tesla believes these mileage counts far exceed the mileage of its competitors' ADAS systems.

13. SAE International, a standards-development organization, has established levels of driving automation.  SAE levels range from 0 to 5, with each level indicating a greater level of autonomy.  Tesla's Autopilot and Full Self-Driving (Supervised) features are SAE Level 2, which requires constant driver supervision.

14. Tesla submits the required information through "Incident Reports."  Depending on the nature and severity of the crash, the SGO requires Tesla to submit Incident Reports at specified intervals: either one day, five days, ten days, and/or update on the 15th day of the following month after Tesla receives notice of the crash.

15. As required by the SGO, Tesla has submitted Incident Reports to NHTSA since August 2021 and continues to do so.

16. Tesla maintains ownership over the information submitted in Incident Reports. The information and data in the Incident Reports are collected by Tesla in the ordinary course of business and only shared with NHTSA as required under the SGO.

17. If it were not for the regulatory obligations imposed by the SGO, Tesla would not voluntarily share the information contained in the Incident Reports with NHTSA.

18. The SGO recognizes that three categories of information required to be submitted in the Incident Reports may contain confidential business information.  Specifically, (1) the hardware and software versions of the ADAS/ADS with which a vehicle is equipped; (2) whether the vehicle was within its operational design domain (ODD) at the time of the incident;[1] and (3) the narrative of the incident.

19. Tesla customarily and actually treats each of these three categories of information as technical and proprietary information, and Tesla does not disclose this information publicly in the ordinary course of its business.

20. Specifically, Tesla does not publicly disclose (1) the ADAS hardware and software versions of vehicles that experience crashes, (2) whether vehicles that experience crashes while an ADAS was engaged was operating within its ODD, or (3) the narrative of crashes that occur while an ADAS was engaged at the time of crash (which narratives often reflect preliminary and confidential assessments by Tesla employees).  In fact, because the ODD for Tesla's ADAS systems is essentially any roadway in which the car is capable of driving under the active supervision of a driver—unlike our Competitors' ADAS Systems or current ADS systems that

---

[1] ODD refers to the operating context of an autonomous system.  As applied to autonomous vehicles, ODD refers to the set of conditions—including environmental, geographical, traffic, roadway characteristics, and so forth—within which the vehicle is designed to safely operate.

operate only in certain locales or roads—Tesla's redacted responses on the form refer to and are intertwined with the narrative.

21. To the best of my knowledge, when submitting Incident Reports, Tesla has always designated as CBI and sought confidential treatment for (1) the ADAS hardware and software versions of the vehicle, (2) whether the vehicle was operating within its ODD, and (3) the narrative.

22. Employees with access to the Incident Reports and/or the information contained within the Incident Reports are subject to non-disclosure agreements and associated security protocols directed at preventing dissemination of this information outside of Tesla. Even within Tesla, access is given to only certain employees who need access to the Incident Reports as part of their job function, and all others are restricted. Access to the Incident Reports and/or the information contained in them is restricted to myself, Tesla's accident investigation team, Autopilot subject matter experts specific to accident investigation & regulatory reporting, and certain members of our legal department.

23. Tesla provides these three categories of information to NHTSA with the understanding and expectation, based in part on the terms of the SGO, that this information will remain confidential. Tesla's practice is to submit a cover letter along with Incident Reports requesting confidential treatment for the submission. A sample cover letter is attached. (Ex. 3, Tesla Request for Confidentiality (June 2, 2022).) The cover letters note that the Incident Reports contain information that is proprietary, confidential, and otherwise not publicly available, and Tesla selects the boxes indicating "CBI" because, as we say in our cover letters, release of the information "would cause competitive harm to Tesla, including by revealing how Tesla's software and vehicle technology work." When Tesla submits Incident Reports to NHTSA, it

6

submits two versions: an unredacted version for use by NHTSA, and a redacted version that can be released in response to valid FOIA requests.

24. To the best of my knowledge, NHTSA has routinely granted Tesla's requests for confidential treatment.  NHTSA has, however, denied Tesla's requests as to certain narrow pieces of information in the narrative portion of some Incident Reports, such as the sources of the incident information and information on available data, the date that Tesla received notice of an incident and the date that it previously notified NHTSA of the incident, and indentification of Vehicle Owner's Questionnaire numbers or internet addresses for specific media sources.  (*See* Ex. 5, Sept. 6, 2024 NHTSA Letter re January 2023-April 2023 requests; Ex. 6, Sept. 6, 2024 NHTSA Letter re May 2023-July 2023 requests; Ex. 7, Sept. 26, 2024 NHTSA Letter re August 2021-May 2022 requests; Ex. 8, Oct. 2, 2024 NHTSA Letter re May 2022-May2023 requests[2]; Ex. 9, Oct. 15, 2024 Letter re July 2021-August 2023 requests; Ex. 10, December 11, 2024 NHTSA Letter re February 2023 request.[3])

25. The automobile industry is highly competitive, and Tesla believes its ADAS features distinguish it among its competitors.  Tesla goes to great lengths to continually improve the ADAS features, and the number of Tesla vehicles operating with ADAS features is far greater than Tesla's competitors.

26. To help improve its ADAS systems and maintain its competitive edge, Tesla collects, diagnoses, and analyzes data from its ADAS fleet of vehicles, including data about safety critical events that are reported in Incident Reports.  Tesla also collects vehicle information for fleet

---

[2] The exhibit does not include certain attachments that contain confidential business information.
[3] The exhibit does not include certain attachments that contain confidential business information.

learning (if a customer opts in) which under the customer Privacy Notice that Tesla discloses to its customers, is not to be shared except as required by law.[4]

27. Public disclosure of the three categories of information identified above would cause commercial, financial, and competitive harm to Tesla.

28. As to the ADAS hardware and software versions of vehicles that experience crashes, this information includes (a) the ADAS software system (e.g., Autopilot, Enhanced Autopilot, or Full Self-Driving (Supervised)); (b) the version of hardware on the vehicle (e.g., HW2, HW3, HW4); and (c) the version of the ADAS software on the vehicle (software versions are updated through over-the-air updates on a regular basis).

29. Public release of ADAS hardware and software versions would permit competitors to, among other things: (a) assess the efficacy of a given version of hardware or software; (b) calculate the number of crashes per the different software and hardware systems, and thereby draw conclusions as to Tesla's rate of progress; and (c) use crash information for a given hardware or software version to disparage Tesla.

30. As to whether the vehicle was operating within its ODD, the operating design domain refers to factors like environmental, geographical, traffic, and roadway characteristics.  An ADS and some of our competitors' ADAS systems may be designed or permitted to only operate in certain locales or on certain roads.  For such vehicles, whether the vehicle was operating within its ODD when a crash occurs is something NHTSA requires through the SGO.  But Tesla does not currently offer an ADS system that is restricted to a given ODD.  Tesla's ADAS are Level 2 systems that always require active driver supervision, and so the ODD is essentially any roadway

---

[4] Tesla's Privacy Notice is publicly available on our website.  *See* https://www.tesla.com/legal/privacy (last visited Apr. 2, 2025).

in which the car is capable of driving under the active supervision of a driver.  Tesla's redacted responses on the form merely refers to the narrative.

31. As to the narrative of crashes that occur while an ADAS was engaged, the responses are unique based on the facts of the incident and the information available to Tesla.  In general, narrative responses (a) identify the ADAS that was engaged prior to the crash; (b) describe the events leading up to and including the crash, including speed, location and direction, road conditions, and so forth; (c) describe the driver's behavior, such as whether the driver cancelled the ADAS, pushed the accelerator or brakes, jerked the wheel, and so forth; (d) identify the existence of crash-related signals and alerts; and (e) identify the sources of information about the crash available to Tesla (e.g., Event Data Recorder, telematics, vehicle logs).

32. Public release of this information would give Tesla's competitors a wealth of information that would enable them to improve their own processes or to disparage Tesla, which would cause Tesla commercial and financial harm.  The harm is compounded by the aggregate disclosure of all the narratives, which would allow competitors to, among other things: (a) see the processes by which Tesla identifies and examines crash incidents; (b) gain insights into how Tesla learns and evolves through data collection; (c) track the pace of improvement in ADAS features over time; (d) draw conclusions as to the effectiveness of one ADAS version over another; (e) draw conclusions about or attempt to copy Tesla's internal processes; (f) reveal how and in what circumstances Tesla gathers and learns from telematic or other data relating to crash events; (g) provide insights into how Tesla's software and vehicle technology works; and (h) ascertain the strength and weaknesses of Tesla's features and use that knowledge to build or improve their own features and systems.

33. Not only is the information discussed above in Paragraphs 29-32 competitively sensitive, it is also kept confidential within Tesla because it includes information implicating customer privacy.  This includes detailed information of driver behavior and decision making, including but not limited to, selected driving speed beyond posted speed limits, accelerator pedal input, brake pedal input and steering input that characterize behavior and actions of the driver. This behavior and characterization (e.g., speeding, accelerator pedal override, accidental steering input, etc.) that could implicate the driving behavior as possibly being responsible for an accident.  As I understand it, based in part on Tesla's Privacy Notice to its consumers, Tesla considers the inputs and driving behavior to be private and confidential information and treats it as such.  If ordered released, customers will be less likely to permit their driving activity to be used for safety investigation in the event of accidents.

34. Significantly, the information in the Incident Report—particularly the narrative—is preliminary and might change based on additional investigation, so release of this information could paint an inaccurate picture.  In some cases, submission of an Incident Report might lead to oral conversations between Tesla and NHTSA or clarify or even revise preliminary information, and those oral conversations are not reflected in the Incident Report.  Public release of preliminary information could hamper candid discussions for further assessments.

35. In sum, disclosing the three categories of information identified above would give Tesla's competitors proprietary information about Tesla's ADAS features.  Among other things, competitors would be able to track the pace of improvement in ADAS features over time, draw conclusions as to the effectiveness of one version over another, or attempt to copy Telsa's internal processes.  Competitors might also use the data to unfairly disparage Tesla in a

competitive marketplace.  Incident Reports also frequently contain preliminary information, including driver behavior information, which may change after further investigation.

36. In submitting Incident Reports, Tesla's practice is to outline for NHTSA in general terms how disclosure could harm Tesla. As Tesla explains in its cover letters accompanying Incident Reports to NHTSA, public disclosure may reveal the process by which Tesla identifies and examines field incidents, learns from vehicles through data collection, and how Tesla's software and vehicle technology works.  All of this is private, sensitive information that Tesla would not otherwise disclose.  Public disclosure may also reveal proprietary information about new features.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 2, 2025                    _____

                                                          Eddie Gates

11