IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>              Plaintiff,<br><br>     v.<br><br>NATIONAL HIGHWAY TRAFFIC<br>SAFETY ADMINISTRATION,<br><br>              Defendant,<br><br>TESLA, INC.,<br><br>              Intervenor-Defendant. | Case No. 24-cv-1353-TSC<br><br>Hearing Requested |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO DEFENDANT'S AND INTERVENOR-DEFENDANT'S
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff WP Company LLC d/b/a The Washington Post (the "*Post*"), by and through counsel, hereby files this Cross-Motion for Summary Judgment against Defendant National Highway Traffic Safety Administration and Intervenor-Defendant Tesla, Inc., and Opposition to Defendant's and Intervenor-Defendant's Motions for Summary Judgment. For the reasons set forth in the accompanying Memorandum of Points and Authorities and the *Post*'s Statement of Material Facts as to Which There Is No Genuine Dispute and Responses to Defendant's and Intervenor-Defendant's Statements of Material Undisputed Facts, the *Post* states that there is no genuine dispute as to any material fact and that it is entitled to judgment as a matter of law.

**REQUEST FOR HEARING**

The *Post* respectfully requests a hearing on its Cross-Motion for Summary Judgment.

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully submitted, |
| | BALLARD SPAHR LLP |
| | */s/ Charles D. Tobin* |
| | Charles D. Tobin (#455593) |
| | Maxwell S. Mishkin (#1031356) |
| | 1909 K Street NW, 12th Floor |
| | Washington, DC 20006 |
| | Tel: (202) 661-2200 |
| | Fax: (202) 661-2299 |
| | tobinc@ballardspahr.com |
| | mishkinm@ballardspahr.com |
| | *Counsel for Plaintiff WP Company LLC d/b/a The Washington Post* |